IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| STEVEN KEITH GLATFELTER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 13-0122-CG-B |
|  | ) |  |
| SAM COCHRAN, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Gladfelter's claims against Defendants Cochran, Oliver, Stallworth, and Williams be **DISMISSED** with prejudice as frivolous; that his claims against Defendant Barrett seeking to impose liability based on others' actions be **DISMISSED** with prejudice as frivolous; that his claims against Defendant Barrett for ignoring Plaintiff's requests be **DISMISSED** without prejudice for failure to state a claim; and that his claims against Defendants Simmons and Ezell be **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 20th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE