IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN KEITH GLATFELTER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0122-CG-B |
| SAM COCHRAN, et al., | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Gladfelter's claims against Defendants Cochran, Oliver, Stallworth, and Williams be **DISMISSED** with prejudice as frivolous; that his claims against Defendant Barrett seeking to impose liability based on others' actions be **DISMISSED** with prejudice as frivolous; that his claims against Defendant Barrett for ignoring Plaintiff's requests be **DISMISSED** without prejudice for failure to state a claim; and that his claims against Defendants Simmons and Ezell be **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 20th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE